FILED
MAY 3 1 2007
5-31-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLARD FERRELL

*Plaintiff*,

-vs-

ZOLA HARRINGTON and
CHICAGO TRANSIT AUTHORITY,

*Defendants*.

07CV3027
JUDGE MORAN
MAG. JUDGE SCHENKIER

*(jury demand)*

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this court is conferred by 28 U.S.C. §1343 and §1367.

2. Plaintiff Willard Ferrell is a resident of the Northern District of Illinois.

3. Defendant Zola Harrington is a resident of the Northern District of Illinois.

4. Defendant Chicago Transit Authority ("CTA") is an Illinois municipal corporation. Plaintiff does not assert any federal claim against the CTA.

5. On or about February 1, 2006, plaintiff complained to the CTA that he had been wrongfully denied service by defendant Harrington

6. On February 7, 2006, plaintiff lawfully sought to board a CTA bus that was being operated by defendant Harrington.

7. Upon observing plaintiff lawfully board the bus that she was operating, defendant Harrington, acting within the scope of her employment, misused her office as a CTA bus driver and caused plaintiff to be arrested and charged with assault.

8. Defendant Harrington did not have any lawful basis to cause plaintiff to be arrested and prosecuted; in undertaking these acts, Harrington acted maliciously and with the improper motive of retaliating against plaintiff for having complained to her employer.

**9.** Plaintiff was found not guilty of the false criminal charge.

**10.** **CLAIM I:** The above described actions of defendant Harrington caused plaintiff to be deprived the plaintiff of rights secured by the First, Fourth and Fourteenth Amendments to the Constitution of the United States.

**11.** **CLAIM II:** The above described actions of defendant Harrington caused plaintiff to be subjected to the Illinois tort of malicious prosecution, for which the CTA is liable under the doctrine of respondeat superior.

12. As a result of the foregoing, plaintiff was deprived of his liberty, required to retain counsel and to appear in court, and subjected to severe emotional distress.

13. Plaintiff demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor and against defendants in an amount in excess of fifty thousand dollars as compensatory damages and in the amount of ten thousand dollars as punitive damages (against defendant Harrington only).

Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, Illinois 60604
(312) 427-3200
*Attorney for Plaintiff*